PROB 19
(Rev. 5/92)

# United States District Court

for

Middle District of Florida

RECEIVED
U.S. MARSHAL
05 JAN 18 PM 8:30
MIDDLE DIST. OF FLORIDA
FT. MYERS

U.S.A. vs William Brudie

Docket No. 2:02-cr-105-FtM-29DNF

TO: U.S. MARSHAL

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | DOB |
|---|---|---|---|
| William Brudie | Male | White | 2/19/57 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 582 100th Avenue North, Naples, Florida, 34108 |

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT | 11/9/1990 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| UNITED STATES DISTRICT COURT, (FORT MYERS), FLORIDA |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERYL L. LOESCH<br>Middle District of Florida | James Skipper | 1-18-05 |

### RETURN

| Warrant received and executed | DATE RECEIVED<br>03/01/05 | DATE EXECUTED<br>03/01/05 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| US MARSHALS SERVICE Investigative Purposes Only SpringFIELD MA |

| NAME | (BY) | DATE |
|---|---|---|
| GARY N MATHISON<br>CI DUSM | Gary N Mathison | 03/01/05 |

Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for ___D___ of ___MA___," or "any United States Marshal, or any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

FILED

MD/FL 12C
(5/2001)

# United States District Court

for

Middle District of Florida
Fort Myers Division

### Amended Petition for Warrant for Offender Under Supervised Release

Name of Offender: William Kenneth Brudie        Docket Number: 2:02-cr-105-FtM-29DNF

Name of Sentencing Judicial Officer: Honorable Frank W. Bullock, Jr.

Date of Original Sentence: November 9, 1990

Original Offense: Dealing in Counterfeited $20.00 Federal Reserve Notes

Original Sentence: 40 months imprisonment, followed by three (4) years supervised release, with drug aftercare treatment.

On November 19, 2002, transfer of jurisdiction was accepted by the Middle District of Florida.

Type of Supervision: Supervised Release        Date Supervision Commenced: July 30, 2002

Case was reassigned to the Honorable John E. Steele

Assistant U.S. Attorney: Robert H. Edmunds, Jr.        Defense Attorney: Robert L. McClellan

---

### PETITIONING THE COURT TO DISMISS THE WARRANT ISSUED ON FEBRUARY 7, 2003, AND ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

On September 15, 2002, Brudie committed the offenses of Battery on a Law Enforcement Officer, Resisting Arrest with Violence, Possession of Cocaine, and Possession of a Controlled Substance (Ecstasy). He was arrested on that date by deputies of the Collier County Sheriff's Department in Naples, Florida. Brudie is currently out on bond and has a scheduled sounding date before the Honorable Franklin G. Baker on March 7, 2003, Docket #02-2205CFA. This is in violation of Florida Statutes 784.07, 843.01, and 893.13, and is a violation of the condition of supervision as set forth in the Judgment, which prohibits the offender from committing another federal, state or local crime while under supervision.

On or after November 29, 2002, Brudie traveled outside the Middle District of Florida and went to Hamilton, New Jersey, without the permission of his probation officer. This is in violation of condition 1 of the standard conditions of supervision as set forth in the Judgment.

MAR 01 2005 12:12 FR USMS    Case 3:05-mj-00615-KPN    Document 1-2    Filed 03/01/2005    Page 2 of 5    337 7849 TO 12005037#4234523 P.03

MD/FL 12C
(9/97)

Page 2

Offender: **William Kenneth Brudie**
Docket: **2:02cr-105-FtM-29DNF**
Date Prepared: **January 7, 2005**

Brudie failed to submit written monthly reports for the months of November 2002, and December 2002. These reports were due on December 5, 2002, and January 5, 2003, respectively. This is a violation of condition 2 of the standard conditions of supervision as set forth in the Judgment.

On or after November 29, 2002, Brudie failed to notify his probation officer that he changed his residence from 3301 East Tamiami Trail, Naples, Florida, to 1 Angelique Court, Hamilton, New Jersey, within 72 hours of this change. Until January 30, 2003, Brudie's whereabouts were unknown. This is a violation of condition 6 of the standard conditions of supervision as set forth in the Judgment.

MD/FL 12C
(9/97)

Page: 3

Offender: **William Kenneth Brudie**
Docket: **2:02-cr-105-FtM-29DNF**
Date Prepared: **January 7, 2005**

U.S. Probation Office Recommendation:

☒ The term of supervision should be

    ☒ revoked

    ☐ extended for years and months, for a total term of years and months.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 7, 2005

*/s/ Audrey D. Martin*

Audrey D. Martin
United States Probation Officer

MD/FL 12C
(9/97)

Page: 4

Offender: **William Kenneth Brudie**
Docket: **2:02-cr-105-FtM-29DNF**
Date Prepared: **January 7, 2005**

## THE COURT ORDERS

☑ Petitioning the Court to Dismiss the Warrant Issued on February 7, 2003, and issue a warrant.

☑ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____
Signature of Judicial Officer

1/18/05
Date