United States District Court
District of Massachusetts

UNITED STATES OF AMERICA,          )
                                   )
                                   )
v.                                 )          Criminal Action No. 05mj615-KPN
                                   )
                                   )
WILLIAM BRUDIE,                    )
                    Defendant      )

## WAIVER OF COUNSEL BY DEFENDANT

I, the above-named defendant, hereby acknowledge that the Court has informed and advised me of my rights under the Constitution of the United States to have the assistance of counsel for my defense.

I hereby waive this Constitutional right and elect to proceed without the assistance of counsel for purposes of Rule 40 proceedings only.

_____
Defendant

_____
Date

Witnessed by:

_____
Bethaney A. Healy, Courtroom Clerk