AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIAM KENNETH BRUDIE

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3:05mj615-KPN | 2:02cr105-FtM-29DNF | Massachusetts (Springfield) | Middle District of Florida |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Other (specify)    violation of supervised release

charging a violation of        U.S.C. §

**DISTRICT OF OFFENSE**

Middle District of Florida

**DESCRIPTION OF CHARGES:**

Violation of Conditions of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☒ None

**Interpreter Required?**    ☒ No    ☐ Yes        Language:

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_March 1, 2005_
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |